No. 4930.—The Manufacturers Life Insurance Company, aplda., *v.* Irizarry, et als., apltes.—C. D. Ponce. 

 Abril 1, 1930.
(Por la corte, a propuesta del Juez Asociado Señor Wolf.)

Habiendo dejado los apelantes de gestionar en este caso, entre otras cosas, la sustitución de parte por causa de la muerte del demandado Lorenzo Irizarry, y no demostrando dichos apelantes que hayan hecho alguna gestión para apresurar la aprobación de la transcripción de evidencia sometida desde junio 6, 1929; y siendo éste un recurso de apelación establecido desde noviembre 4, 1926, se desestima, por abandono, el recurso.